**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

K.D., : No. 164 MM 2020
:
Petitioner :
:
:
:
v. :
:
:
E.D., :
:
Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2020, the Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is **DENIED**.